IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TEIJIRO HANDA, | ) | CIVIL NO. 21-00141 LEK-WRP |
| | ) | |
| Plaintiff, | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO ENTER |
| vs. | ) | DEFAULT AS TO DEFENDANT |
| | ) | MAS ONE USA LLC |
| HONDA AIRCRAFT COMPANY, | ) | |
| LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

FINDINGS AND RECOMMENDATION TO ENTER
DEFAULT AS TO DEFENDANT MAS ONE USA LLC

On October 17, 2022, a hearing was held on this Court's August 24,

2022 Order to Show Cause directing Defendant MAS One USA LLC to show

cause, if any, why default should not be entered against it based on MAS One USA

LLC's failure to obtain counsel to appear on its behalf following its prior counsel's

withdrawal.  See ECF No. 76.  At the hearing, Addison D. Bonner, Esq. appeared

on behalf of Plaintiff.  Defendant MAS One USA LLC's representative did not

appear at the hearing or otherwise respond to the Court's Order to Show Cause.

The Court FINDS and RECOMMENDS that default be entered

against Defendant MAS One USA LLC. [1]

DISCUSSION

Federal Rule of Civil Procedure 55 provides that default must be

entered against a party fails to plead or otherwise defend an action.  Fed. R. Civ. P.

55(a).  As detailed in the Court's Order to Show Cause, as a limited liability

company, Defendant MAS One USA LLC cannot appear without counsel admitted

to practice in this district.  See LR83.5(b); see also Rowland v. Cal. Men's Colony,

Unit II Men's Advisory Council, 506 U.S. 194, 201-02 (1993) ("It has been the

law for the better part of two centuries . . . that a corporation may appear in the

federal courts only through licensed counsel."); In re Am. W. Airlines, 40 F.3d

1058, 1059 (9th Cir. 1994) ("Corporations and other unincorporated associations

must appear in court through an attorney.").  Although the Court provided

Defendant MAS One USA LLC with ample opportunity to obtain new counsel, no

substitute counsel has made an appearance on behalf of MAS One USA LLC.

Accordingly, entry of default against MAS One USA LLC for failure to defend

this action is appropriate.  The Court instructs the Clerk's Office to serve a copy of

---

[1] Within fourteen days after a party is served with the Findings and
Recommendation, pursuant to 28 U.S.C. § 636(b)(1), a party may file written
objections in the United States District Court.  A party must file any objections
within the fourteen-day period to preserve appellate review of the Findings and
Recommendation.

2

this order on MAS One USA LLC via certified mail at the following address: MAS One USA LLC, Corporation Trust Center, 209 Orange Street, Wilmington, DE 19801.

## CONCLUSION

The Court FINDS AND RECOMMENDS that DEFAULT be entered against Defendant MAS One USA LLC pursuant to Federal Rule of Civil Procedure 55(a).  Following entry of default, Plaintiff may file the appropriate motion for default judgment.

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAII, OCTOBER 28, 2022.



Wes Reber Porter
United States Magistrate Judge

**HANDA v. HONDA AIRCRAFT COMPANY, LLC, ET AL.; CIVIL NO. 21-00141 LEK-WRP; FINDINGS AND RECOMMENDATION TO ENTER DEFAULT AS TO DEFENDANT MAS ONE USA LLC**