IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TEIJIRO HANDA, | ) | CV 21-00141 LEK-WRP |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO ENTER |
| HONDA AIRCRAFT COMPANY, | ) | DEFAULT AS TO DEFENDANT |
| LLC, ET AL., | ) | MAS ONE USA LLC |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION TO ENTER DEFAULT AS TO
DEFENDANT MAS ONE USA LLC

Findings and Recommendation having been filed and served on all parties on October 28, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, November 29, 2022.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge