IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TEIJIRO HANDA, | ) | CV 21-00141 LEK-WRP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HONDA AIRCRAFT COMPANY, | ) | |
| LLC; MATTERHORN AVIATION | ) | |
| LIMITED; MAS ONE USA LLC; | ) | |
| ET AL. | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 31, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(c) and Local Rule 74.1, the "Findings and Recommendation to Deny Plaintiff's Motion for Default Judgment Against MAS One USA LLC", ECF No. 102 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, June 22, 2023.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**TEIJIRO HANDA VS. HONDA AIRCRAFT COMPANY, LLC, ET AL; CV 21-00141 LEK-WRP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMENDATION**